VANNOY, R.

v.

PBPP

1716 CD 2016

Commonwealth Court of Pennsylvania.

09/11/2017

Board of Probation & Parole, Parole No. 087–GC

Vacated/Remanded

■

COMMITTEE OF SEVENTY, et al.

v.

CLARK, A., et al.

611 CD 2017

Commonwealth Court of Pennsylvania.

09/11/2017

Philadelphia County Civil Division, April Term, 2017 No. 3418

Affirmed

■

MCGINNIS, M.

v.

UCBR

155 CD 2017

Commonwealth Court of Pennsylvania.

09/11/2017

Unemployment Compensation Board of Review, B–594797

Reversed

■

WILLIAMS, K.

v.

DOC, et al.

695 MD 2016

Commonwealth Court of Pennsylvania.

09/11/2017

Original Jurisdiction, Original Jurisdiction

Dismissed